# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**THOMAS ADAM BRYANT, ANDREW
HUBBARD, LARRY PATRICK, and THOMAS BERNARD,**
Individually, and on Behalf of themselves and other similarly
situated current and former employees,                                                   **PLAINTIFFS**

V.                                                                    CASE NO.: 3:18-cv-118-DPJ-JCG

**FLOWERS FOODS, INC., and FLOWERS BAKING CO.
OF NEW ORLEANS, LLC,**                                                              **DEFENDANTS**

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

Pursuant to the parties' Stipulation of Dismissal, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Order Granting Joint Motion for Approval of FLSA Settlement and Certification under 29 U.S.C. § 216(b) for Settlement Purposes, entered in *Matthew Green et al. v. Flowers Foods, Inc. et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, all claims by Plaintiff and opt-in plaintiffs against Defendants are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 11th day of March, 2019.

                                            s/ *Daniel P. Jordan III*
                                            CHIEF UNITED STATES DISTRICT JUDGE